Same case below, 414 Fed. Appx. 58.

Same case below, 408 Fed. Appx. 695.

No. 10-11112. Jose Quinones-Figueroa, Petitioner v. United States.

565 U.S. 867, 132 S. Ct. 215, 181 L. Ed. 2d 118, 2011 U.S. LEXIS 7144.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 417 Fed. Appx. 893.

No. 10-11114. Michael Goodwin, Petitioner v. United States.

565 U.S. 867, 132 S. Ct. 216, 181 L. Ed. 2d 118, 2011 U.S. LEXIS 6859.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-11115. Jose Alfredo Gutierrez-Jacquez, Petitioner v. United States.

565 U.S. 867, 132 S. Ct. 216, 181 L. Ed. 2d 118, 2011 U.S. LEXIS 6608.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 407.

No. 10-11116. William Curtis Hope, Petitioner v. United States.

565 U.S. 867, 132 S. Ct. 216, 181 L. Ed. 2d 118, 2011 U.S. LEXIS 7134.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-11117. Edgar Alberto Inda-Lares, Petitioner v. United States.

565 U.S. 868, 132 S. Ct. 216, 181 L. Ed. 2d 118, 2011 U.S. LEXIS 7139.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 691.

No. 10-11118. Charlie Hageon, Petitioner v. United States.

565 U.S. 868, 132 S. Ct. 216, 181 L. Ed. 2d 118, 2011 U.S. LEXIS 6717.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 418 Fed. Appx. 295.

No. 10-11119. Chazzie T. Isom, Petitioner v. United States.

565 U.S. 868, 132 S. Ct. 216, 181 L. Ed. 2d 118, 2011 U.S. LEXIS 6585.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 635 F.3d 904.